1

2 ~~SECRET~~

3 Unsealed 09-20-07 gft

4

FILED

2007 SEP 18 PM 4:38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____αρ_____DEPUTY

5

6

7

8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

9

10         July 2007 Grand Jury   **'07 CR 2580 ▬ JAH**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Anabolic Steroids; Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(a)(2)(A) – Conspiracy to Launder Money; Title 18, U.S.C., Sec. 982, Title 21, U.S.C., Secs. 853(a) and 853(p) – Criminal Forfeiture |
| TIMOTHY EDWARD SMITH (1), JEFFREY LEE MITCHELL (2), THOMAS ROBERT SOUDERS (3), | |
| Defendants. | |

19     The grand jury charges:

20              INTRODUCTORY ALLEGATIONS

21     At all times pertinent to this indictment:

22     1.   Anabolic steroids are more correctly referred to as

23 anabolic-androgenic steroids, which are a family of compounds that

24 include the male hormone testosterone and a large number of synthetic

25 compounds structurally related to testosterone. The term "anabolic"

26 refers to the positive effect the steroid has on muscle development,

27 while "androgenic" refers to masculizing effects produced by steroids,

28 such as the growth of body hair and deepening of the voice.

TFS:nlv(1):San Diego
9/18/07



2.   Anabolic steroids are categorized as a Schedule III Controlled Substance and the Controlled Substances Act defines "anabolic steroid" as "any drug or hormonal substance, chemically, or pharmacologically related to testosterone (other than estrogens, progestins, and corticosteroids) that promote muscle growth."

3.   Anabolic steroids are distributed in liquid form, in pill, capsule, or tablet form, and in other forms such as powders, topical creams, and patches.  Each 0.5 ml of anabolic steroids distributed in liquid form equals one "unit."   One "unit" of anabolic steroids distributed in pill, capsule, or tablet form means one pill, capsule, or tablet.   For other forms of anabolic steroids, each 25 mg of an anabolic steroid equals one "unit."

4.   The Internet websites such as www.anabolicboard.com, www.steroidsuperboard.com, and www.outlawmuscle.com  are Internet forums with bodybuilding discussion boards that promote the illicit distribution and use of anabolic steroids and human growth hormones by providing a virtual marketplace; by providing information regarding how individuals should inject or take anabolic steroids; by providing information how customers and distributors should make payments to conceal and disguise the nature, identity, ownership and control of prospective payments and proceeds; by providing information regarding methods by which customers and distributors could avoid detection by law enforcement; and by providing information regarding methods how to thwart efforts by law enforcement to gather information regarding steroid distributors.

//

//

//

5. The anabolic steroid distributors who were designated as an "approved source" on the bodybuilding discussion boards, such as www.anabolicboard.com, www.steroidssuperboard.com, and www.outlawmuscle.com, had an advantage over non-approved sources in marketing and distributing anabolic steroids throughout the world.

6. Any individual, company, or corporation intending to import or distribute a Schedule Controlled Substance, such as anabolic steroids, in the United States, must possess a permit issued by the United States Drug Enforcement Administration ("DEA").

<u>Count 1</u>

<u>CONSPIRACY TO DISTRIBUTE ANABOLIC STEROIDS</u>

[21 U.S.C. §§ 841(a)(1) and 846]

7. The Introductory Allegations contained at Paragraphs 1 through 6 above are hereby re-alleged and restated.

<u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

In furtherance of this conspiracy and to effect the objects thereof, defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS, and others known and unknown to the grand jury, utilized the following manner and means among others:

8. Defendant TIMOTHY EDWARD SMITH, was the owner and operator of US Pharmaceuticals, aka USP, and distributed anabolic steroids along with his associates, defendant JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS.

9. Prospective customers and suppliers of anabolic steroids would contact USP via e-mail at usp@securesnym.net, a website which is subscribed to and paid for by defendant TIMOTHY EDWARD SMITH.

//

//

10. Neither defendant TIMOTHY EDWARD SMITH, defendant JEFFREY LEE MITCHELL, defendant THOMAS ROBERT SOUDERS, US Pharmaceuticals, aka USP, nor anyone else has sought or received a permit from the DEA on behalf of US Pharmaceuticals, aka USP, or any other entity, to import anabolic steroids into the United States or to distribute anabolic steroids within the United States.

11. Defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS, would conspire with each other, and others known and unknown to the grand jury, to import steroids into the United States, from places outside thereof, including China and England.

12. Defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS, would order anabolic steroids on behalf of US Pharmaceuticals, aka USP, via e-mail from suppliers foreign countries, including China and England.   From March 2007 through July 2007, defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS, ordered approximately eight kilograms of anabolic steroids on behalf of US Pharmaceuticals, aka USP, via e-mail from suppliers in China.

13. Defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS, would wire money to suppliers of anabolic steroids in foreign countries to pay for orders of anabolic steroids.

14. Foreign sources would send anabolic steroids, ordered by defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS, on behalf of US Pharmaceuticals, aka USP, to post office boxes rented by defendant JEFFREY LEE MITCHELL under the names "ALS" and "Turboheads."

//

1     15.   US Pharmaceuticals, aka USP, was listed as an approved

2  source on bodybuilding websites such as www.anabolicboard.com in order

3  to market and distribute anabolic steroids nationally and

4  internationally.

5     16.   US Pharmaceuticals, aka USP, utilized the internet to sell

6  the following anabolic steroids (injectables and tablets) at the

7  following prices:

| INJECTABLES | PRICE |
|---|---|
| Aqua Test 100 10ml<br>100mg Testosterone Suspension(Water-Based) | $40 |
| Boldenolone 300 10ml<br>300mg Boldenolone Undecylenate | $40 |
| CypioTren 350 10ml<br>200mg Testosterone Cypionate<br>150mg Trenbolone Enanthate | $60 |
| EnanTren 350 10ml<br>200mg Testosterone Enanthate<br>150mg Trenbolone Enanthate | $60 |
| NandroCyp 450 10ml<br>250mg Testosterone Cypionate<br>200mg Nandrolone Decanoate | $50 |
| Nandrolone 300 10ml<br>300mg Nandrolone Decanoate | $40 |
| NandroTest 450 10ml<br>250mg Testosterone Enanthate<br>200mg Nandrolone Decanoate | $50 |
| Primobolan Depot 100 10ml<br>100mg Methenolone Enanthate | $85 |
| SuperDrol 75 10ml<br>75mg SuperDrol(Water-Based) | $30 |
| Sustanon 250 10ml<br>30mg Testosterone Propionate<br>60mg Testosterone Phenylpropionate<br>60mg Testosterone Isocaproate<br>100mg Testosterone Decanoate | $55 |
| TestaBold 450 10ml<br>250mg Testosterone Enanthate<br>200mg Boldenolone Undecylenate | $40 |

```
TestaTren 200 10ml              $60
100mg Testosterone Propionate
100mg Trenbolone Acetate

TestaTren Plus 275 10ml         $65
100mg Testosterone Propionate
100mg Drostanolone Propionate
75mg Trenbolone Acetate

Testosterone-C 300 10ml         $35
300mg Testosterone Cypionate

Testosterone-E 300 10ml         $35
300mg Testosterone Enanthate

Testosterone-P 100 10ml         $25
100mg Testosterone Propionate

Trenbolone-A 100 10ml           $55
100mg Trenbolone Acetate

Trenbolone-E 250 10ml           $85
250mg Trenbolone Enanthate

Winstrol Depot 50 10ml          $40
50mg Stanozolol(Water-Based)

TABLETS
Anadrol 50 mg/100 count         $150
D-Bol 50 mg/100 count           $150
Turinabol 20 mg/100count        $150
Winstrol 50 mg/100 count        $150
Anavar 25 mg/50 count           $125
Clomid 50mg/50 count            $50
Nolvadex 20mg/50 count          $50
```

17.   Prospective customers were required to pay USP for anabolic steroids by one of following three methods of payment: (1) by sending payment by wire transfer to an individual in Panama; (2) by transferring funds to an E-Gold account established by defendant THOMAS ROBERT SOUDERS, and (3) by sending United States Currency through the mail to "Midwest Trading & Bullion Exchange" at a post office box rented by defendant THOMAS ROBERT SOUDERS.

18.   Defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS would make financial transactions with the proceeds of the distribution of the anabolic steroids to promote the

1 | steroid trafficking activity and to conceal and disguise the nature,

2 | location, source, ownership, and control of the proceeds. From

3 | January 2005 through February 2007, defendant TIMOTHY EDWARD SMITH

4 | deposited more than $143,000 in cash proceeds from the distribution

5 | of anabolic steroids into his bank accounts.

6 | CONSPIRACY TO DISTRIBUTE ANABOLIC STEROIDS

7 |     19. Beginning on a date unknown to the grand jury and

8 | continuing up to the date of this Indictment, within the Southern

9 | District of California, and elsewhere, defendants TIMOTHY EDWARD

10 | SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS did knowingly

11 | and intentionally conspire together with each other and with other

12 | persons known and unknown to the grand jury to distribute more than

13 | 1 kilogram (approximately 40,000 units) of anabolic steroids, all

14 | Schedule III Controlled Substances; in violation of Title 21, United

15 | States Code, Sections 846 and 841(a)(1).

16 | Count 2

17 | CONSPIRACY TO LAUNDER MONEY

18 | [18 U.S.C. §§ 1956(h), 1956(a)(2)(A) (International Promotion),
1956(a)(1)(A)(i) (Promotion) and 1956(a)(1)(B)(i) (Concealment)]

19 |

20 |     19. The Introductory Allegations contained at Paragraphs 1

21 | through 6, and the Manner and Means at paragraphs 8 through 18 are

22 | hereby re-alleged and restated.

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

7

1      20.  Beginning on a date unknown to the grand jury and
2  continuing up to the date of this Indictment, within the Southern
3  District of California, and elsewhere, defendants TIMOTHY EDWARD
4  SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS did knowingly
5  conspire with others known and unknown to the grand jury –

6      a)   to knowingly transmit and transfer monetary instruments and
7           funds from a place in the United States to a place outside
8           thereof, to wit, China and England, affecting foreign
9           commerce, with the intent to promote the carrying on of
10          specified unlawful activity, to wit, the distribution of
11          anabolic steroids; in violation of Title 18, United States
12          Code, Section 1956(a)(2)(A); and

13     b)   to knowingly conduct a financial transaction which involved
14          the proceeds of specified unlawful activity, to wit, the
15          distribution of anabolic steroids, affecting interstate
16          commerce, knowing that the property involved in the
17          financial transaction represented the proceeds of some form
18          of unlawful activity, with the intent to promote the
19          carrying on of specified unlawful activity, to wit, the
20          distribution of anabolic steroids; in violation of
21          Title 18, United States Code, Section 1956(a)(1)(A)(i); and

22     c)   to knowingly conduct a financial transaction which involved
23          the proceeds of specified unlawful activity, to wit, the
24          distribution of anabolic steroids, affecting interstate
25          commerce, knowing that the property involved in the
26          financial transaction represented the proceeds of some form
27          of unlawful activity, and knowing that such transaction was
28          designed in whole or in part to conceal and disguise the

8

1          nature, location, source, ownership, and control of the

2          proceeds of a specified unlawful activity, to wit, the

3          distribution of anabolic steroids; in violation of

4          Title 18, United States Code, Section 1956(a)(1)(B)(i).

5  All in violation of Title 18, United States Code, Section 1956(h).

6  <u>FORFEITURE ALLEGATIONS</u>

7      1.   The allegations contained in Counts 1 and 2 and realleged

8  and by reference fully incorporated herein for the purpose of alleging

9  forfeiture to the United States of America.

10      2.   As a result of the commission of the felony offense

11  alleged in Count 1, said violation being punishable by imprisonment

12  for more than one year, and pursuant to Title 21, United States Code,

13  Section 853(a)(1), defendants TIMOTHY EDWARD SMITH, JEFFREY LEE

14  MITCHELL, and THOMAS ROBERT SOUDERS, shall, upon conviction forfeit

15  to the United States, all rights, title, and interest in any and all

16  property obtained directly or indirectly as a result of said

17  violations, including, but not limited to $147,000 which represents

18  the proceeds received by defendant TIMOTHY EDWARD SMITH and US

19  Pharmaceuticals, aka USP, between May 2007 and July 2007, for the

20  distribution of anabolic steroids, Schedule III Controlled Substances.

21  All in violation of Title 21, United States Code, Section 853.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

3.   As a result of the commission of the felony offenses alleged in Count 1, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(2), defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS, shall, upon conviction forfeit to the United States, all rights, title, and interest in any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 853.

4.   As a result of committing the money laundering offense charged in Count 2, said violation being punishable by imprisonment for more than one year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS shall, upon conviction, forfeit to the United States all property, real and personal, involved in the aforesaid offenses and all property traceable to such property, for which the defendants TIMOTHY EDWARD SMITH, JEFFREY LEE MITCHELL, and THOMAS ROBERT SOUDERS are liable.

5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants –

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with, a third person;

(3)   has been placed beyond the jurisdiction of the Court;

(4)   has been substantially diminished in value; or

//

//

10

1        (5)  has been commingled with other property which cannot

2             be subdivided without difficulty;

3  it is the intent of the United States, pursuant to Title 21, United

4  States Code, Section 853(p), and Title 18, United States Code,

5  Section 982(b), to seek forfeiture of any other property of the

6  defendants up to the value of said property listed above as being

7  subject to forfeiture.

8        DATED: September 18, 2007.

9                                        A TRUE BILL:

10

11                                       _____
                                         Foreperson

12

13  KAREN P. HEWITT
    United States Attorney

14

15  By: _____
        TIMOTHY F. SALEL

16      Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

                            11